# Exhibit "1"

*Product Images*

# Class Action Complaint

**Kroger® *Baby* Sunscreen (Lotion, SPF 50, 8-oz): Product Image — Front Label**



Exhibit 1-1: (1) Kroger® *Baby* Sunscreen (Lotion, SPF 50, 8-oz) Labels

**Kroger® *Baby* Sunscreen (Lotion, SPF 50, 8-oz): Product Image — Back Label**



Exhibit 1-1: (1) Kroger® *Baby* Sunscreen (Lotion, SPF 50, 8-oz) Labels

**Kroger® *Baby* Sunscreen (Spray, SPF 50, 6.3-oz): Product Image — Front Label**



Exhibit 1-2: (1) Kroger® *Baby* Sunscreen (Spray, SPF 50, 6.3-oz) Labels

**Kroger® *Baby* Sunscreen (Spray, SPF 50, 6.3-oz): Product Image — Front Label**



Exhibit 1-2: (1) Kroger® *Baby* Sunscreen (Spray, SPF 50, 6.3-oz) Labels

**Kroger® *Kids* Sunscreen (Spray, SPF 50, 5.5-oz): Product Image — Front Label**



Exhibit 1-3: (2) Kroger® *Kids* Sunscreen (Spray, SPF 50, 5.5 -oz) Labels

**Kroger® *Kids* Sunscreen (Spray, SPF 50, 5.5-oz): Product Image — Front Label**



Exhibit 1-3: (2) Kroger® *Kids* Sunscreen (Spray, SPF 50, 5.5 -oz) Labels

**Kroger® *Sheer* Sunscreen (Lotion, SPF 70, 3-oz): Product Image — Front Label**



Exhibit 1-4: (3) Kroger® *Sheer* Sunscreen (Lotion, SPF 70, 3-oz) Labels

**Kroger® *Sheer* Sunscreen (Lotion, SPF 70, 3-oz): Product Image — Back Label**

# PLACEHOLDER

Exhibit 1-4: (3) Kroger® *Sheer* Sunscreen (Lotion, SPF 70, 3-oz) Labels

**Kroger® *Sheer* Sunscreen (Lotion, SPF 100, 3-oz): Product Image — Front Label**



Exhibit 1-5: (3) Kroger® *Sheer* Sunscreen (Lotion, SPF 100, 3-oz) Labels

**Kroger® *Sheer* Sunscreen (Lotion, SPF 100, 3-oz): Product Image — Back Label**

# PLACEHOLDER

Exhibit 1-5: (3) Kroger® *Sheer* Sunscreen (Lotion, SPF 100, 3-oz) Labels

**Kroger® *Sport* Sunscreen (Lotion, SPF 30, 8-oz): Product Image — Front Label**



Exhibit 1-6: (4) Kroger® *Sport* Sunscreen (Lotion, SPF 30, 8-oz) Labels

**Kroger® *Sport* Sunscreen (Lotion, SPF 30, 8-oz): Product Image — Back Label**

# PLACEHOLDER

Exhibit 1-6: (4) Kroger® *Sport* Sunscreen (Lotion, SPF 30, 8-oz) Labels

**Kroger® *Sport* Sunscreen (Lotion, SPF 50, 1.5-oz): Product Image — Front Label**



Exhibit 1-7: (4) Kroger® *Sport* Sunscreen (Lotion, SPF 50, 1.5-oz) Labels

**Kroger® *Sport* Sunscreen (Lotion, SPF 50, 1.5-oz): Product Image—Back Label**

# PLACEHOLDER

Exhibit 1-7: (4) Kroger® *Sport* Sunscreen (Lotion, SPF 50, 1.5-oz) Labels

**Kroger® *Sport* Sunscreen (Lotion, SPF 50, 8-oz): Product Image — Front Label**



Exhibit 1-8: (4) Kroger® *Sport* Sunscreen (Lotion, SPF 50, 8-oz) Labels

**Kroger® *Sport* Sunscreen (Lotion, SPF 50, 8-oz): Product Image — Back Label**



Exhibit 1-8: (4) Kroger® *Sport* Sunscreen (Lotion, SPF 50, 8-oz) Labels

**Kroger® *Sport* Sunscreen (Spray, SPF 15, 5.5-oz): Product Image — Front Label**

Exhibit 1-9: (4) Kroger® *Sport* Sunscreen (Spray, SPF 15, 5.5-oz) Labels

**Kroger® *Sport* Sunscreen (Spray, SPF 15, 5.5-oz): Product Image — Back Label**

# PLACEHOLDER

Exhibit 1-9: (4) Kroger® *Sport* Sunscreen (Spray, SPF 15, 5.5-oz) Labels

**Kroger® *Sport* Sunscreen (Spray, SPF 30, 5.5-oz): Product Image — Front Label**



Exhibit 1-10: (4) Kroger® *Sport* Sunscreen (Spray, SPF 30, 5.5-oz) Labels

**Kroger® _Sport_ Sunscreen (Spray, SPF 30, 5.5-oz): Product Image — Back Label**



Exhibit 1-10: (4) Kroger® _Sport_ Sunscreen (Spray, SPF 30, 5.5-oz) Labels

**Kroger® *Sport* Sunscreen (Spray, SPF 30, 9.1-oz): Product Image—Front Label**



Exhibit 1-11: (4) Kroger® *Sport* Sunscreen (Spray, SPF 30, 9.1-oz) Labels

**Kroger® *Sport* Sunscreen (Spray, SPF 30, 9.1-oz): Product Image — Back Label**

# PLACEHOLDER

Exhibit 1-11: (4) Kroger® *Sport* Sunscreen (Spray, SPF 30, 9.1-oz) Labels

**Kroger® *Sport* Sunscreen (Spray, SPF 50, 5.5-oz): Product Image — Front Label**



Exhibit 1-12: (4) Kroger® *Sport* Sunscreen (Spray, SPF 50, 5.5-oz) Labels

**Kroger® *Sport* Sunscreen (Spray, SPF 50, 5.5-oz): Product Image — Back Label**



Exhibit 1-12: (4) Kroger® *Sport* Sunscreen (Spray, SPF 50, 5.5-oz) Labels

**Kroger® *Sport* Sunscreen (Spray, SPF 50, 9.1-oz): Product Image — Front Label**



Exhibit 1-13: (4) Kroger® *Sport* Sunscreen (Spray, SPF 50, 9.1-oz) Labels

**Kroger® *Sport* Sunscreen (Spray, SPF 50, 9.1-oz): Product Image — Back Label**

# PLACEHOLDER

Exhibit 1-13: (4) Kroger® *Sport* Sunscreen (Spray, SPF 50, 9.1-oz) Labels

**Kroger® *Sunscreen* (Lotion, SPF 30, 8-oz): Product Image — Front Label**



Exhibit 1-14: (5) Kroger® *Sunscreen* (Lotion, SPF 30, 8-oz) Labels

**Kroger® *Sunscreen* (Lotion, SPF 30, 8-oz): Product Image — Back Label**

# PLACEHOLDER

Exhibit 1-14: (5) Kroger® *Sunscreen* (Lotion, SPF 30, 8-oz) Labels

**Kroger® *Sunscreen* (Lotion, SPF 50, 8-oz): Product Image — Front Label**



Exhibit 1-15: (5) Kroger® *Sunscreen* (Lotion, SPF 50, 8-oz) Labels

**Kroger® *Sunscreen* (Lotion, SPF 50, 8-oz): Product Image — Back Label**

# PLACEHOLDER

Exhibit 1-15: (5) Kroger® *Sunscreen* (Lotion, SPF 50, 8-oz) Labels

**Kroger® *Sunscreen* (Spray, SPF 30, 5.5-oz): Product Image — Front Label**



Exhibit 1-16: (5) Kroger® *Sunscreen* (Spray, SPF 30, 5.5-oz) Labels

**Kroger® *Sunscreen* (Spray, SPF 30, 5.5-oz): Product Image — Back Label**



Exhibit 1-16: (5) Kroger® *Sunscreen* (Spray, SPF 30, 5.5-oz) Labels

**Kroger®** *Tanning* **Sunscreen (Spray, SPF 15, 5.5-oz): Product Image — Front Label**



Exhibit 1-17: (6) Kroger® *Tanning* Sunscreen (Spray, SPF 15, 5.5-oz) Labels

**Kroger® *Tanning* Sunscreen (Spray, SPF 15, 5.5-oz): Product Image — Front Label**



Exhibit 1-17: (6) Kroger® *Tanning* Sunscreen (Spray, SPF 15, 5.5-oz) Labels