1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10   PHILLIP WHITE,                          Case No.  21-cv-08004-RS

                       Plaintiff,
11
                                             **ORDER SETTING BRIEFING ON**
12        v.                                 **MOTION TO DISMISS AND STAYING**
                                             **CASE**
13   THE KROGER CO., et al.,

                       Defendants.
14

15

16        On April 21, 2023, plaintiff filed a motion requesting this action be dismissed under Rule

17   41(a)(2) of the Federal Rules of Civil Procedure. Plaintiff did not set the motion for hearing, and

18   no briefing schedule was generated in the docket. Several days later, plaintiff filed an

19   administrative motion requesting that the motion to dismiss be decided on an expedited basis

20   and/or that discovery and all other proceedings be stayed pending resolution of that motion.

21        Plaintiff's motion to dismiss is based primarily on his concession that discovery has shown

22   the maximum recoverable damages do not meet the jurisdictional threshold under the Class Action

23   Fairness Act. Although plaintiff does not have an unconditional right to dismiss because defendant

24   already filed an answer, there appear to be no circumstances under which this action will not be

25   dismissed in the near future. The only question is whether the dismissal will be without prejudice,

26   as plaintiff requests, or whether it will be dismissed with prejudice or on other "terms that the

27   court considers proper." Rule 41(a)(2).

28        Accordingly, this action is stayed pending resolution of the motion to dismiss. Defendant

United States District Court
Northern District of California

shall file any opposition to the motion to dismiss no later May 10, 2023. The motion will then be taken under submission without reply or oral argument unless otherwise ordered. The sealing motion will be adjudicated in conjunction with the motion to dismiss.

**IT IS SO ORDERED**.

Dated: May 1, 2023



RICHARD SEEBORG
Chief United States District Judge